**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :    No. 481 EAL 2018

            : 

          Respondent    : 

            :    Petition for Allowance of Appeal from

            :    the Order of the Superior Court

         v.          : 

            : 

            : 

DARREN MONTGOMERY,          : 

            : 

          Petitioner    : 


## ORDER


**PER CURIAM**

     **AND NOW**, this 12th day of March, 2019, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner, is:


     (1)      Did not the Superior Court err, in a published opinion, in holding that a handgun that was only partially tucked into a waistband, with the handle being visible to all, was nonetheless "concealed" for the purposes of the Uniform Firearms Act?